HENRY MUELLER

*v.*

THE MOREDOCK AND IVY LANDING DRAINAGE DISTRICT.

*Opinion filed November 8, 1897—Rehearing denied December 9, 1897.*

The principal questions involved in this case have been decided in the case of *Winkelmann* v. *Moredock and Ivy Landing Drainage District,* (*ante,* p. 37,) and the decision in that case must control here.

APPEAL from the County Court of Monroe county; the Hon. WILLIAM P. EARLY, Judge, presiding.

JOSEPH W. RICKERT, for appellant.

TRAVOUS & WARNOCK, for appellee.

Per CURIAM:   While the record in this case is not in all respects the same as the record in *Winkelmann* v. *Moredock and Ivy Landing Drainage District,* (*ante,* p. 37,) still the principal questions in both cases are the same, involving the validity of the special assessment mentioned in the record, and that assessment having been declared invalid in that case the same result must follow in the case at bar.   Following that decision the judgment in this case will be reversed and the cause remanded.

*Reversed and remanded.*